IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AUSTIN DWIGHT BUCHANAN, SR.,

     Appellant,

v.

FLORIDA DEPARTMENT OF REVENUE and AMANDA SUE BRANDLEY,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-5266

Opinion filed July 13, 2016.

An appeal from an order of the Department of Revenue, Child Support Enforcement Program.

Austin Dwight Buchanan, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

     Upon consideration of appellee's confession of error, the final administrative support order on appeal is REVERSED and the matter is REMANDED to the lower tribunal for further administrative proceedings.

LEWIS, WINOKUR, and JAY, JJ., CONCUR.